**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____   Chapter   **7**

☐ Check if this is an
amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy                06/22

If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Eagle Industrial Plant Services Corporation** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 8  4  –  3  6  4  8  8  8  0 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **PO Box 1957**<br>Number      Street | <br>Number      Street |
| | <br>P.O. Box |
| **Deer Park**          **TX**      **77536**<br>City                State   ZIP Code | <br>City                State   ZIP Code |
| **Harris**<br>County | **Location of principal assets, if different from principal place of business** |
| | **7003 Hwy 225, Unit C**<br>Number      Street |
| | **Deer Park**          **TX**      **77536**<br>City                State   ZIP Code |

5. **Debtor's website (URL)**

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other.  Specify: _____

Debtor **Eagle Industrial Plant Services Corporation**          Case number (if known) _____

**7.   Describe debtor's business**

    *A.  Check one:*

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    ☑ None of the above

    *B.  Check all that apply:*

    ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
    ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

    *C.*  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

    ____  ____  ____  ____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

    *Check one:*

    ☑ Chapter 7
    ☐ Chapter 9
    ☐ Chapter 11.  *Check all that apply:*

        ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

        ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

        ☐ A plan is being filed with this petition.

        ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

        ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

        ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

Debtor  **Eagle Industrial Plant Services Corporation**  Case number (if known) _____

| | | |
|---|---|---|
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ☑ No |
| | | ☐ Yes. District _____ When _____ Case number _____ |
| | If more than 2 cases, attach a separate list. | MM / DD / YYYY |
| | | District _____ When _____ Case number _____ |
| | | MM / DD / YYYY |
| | | District _____ When _____ Case number _____ |
| | | MM / DD / YYYY |

| | | |
|---|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☑ No |
| | | ☐ Yes. Debtor _____ Relationship _____ |
| | List all cases. If more than 1, attach a separate list. | District _____ When _____ |
| | | MM / DD / YYYY |
| | | Case number, if known _____ |
| | | |
| | | Debtor _____ Relationship _____ |
| | | District _____ When _____ |
| | | MM / DD / YYYY |
| | | Case number, if known _____ |

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:* |
| | | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

Debtor **Eagle Industrial Plant Services Corporation**          Case number (if known) _____

| | | |
|---|---|---|
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No |

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**   *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number      Street

_____

_____
City                               State      ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

          Contact name _____

          Phone _____

---

### ■ Statistical and adminstrative information

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:* |

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor  **Eagle Industrial Plant Services Corporation**                    Case number (if known) _____

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17.  Declaration and signature of authorized representative of debtor**

■  The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■  I have been authorized to file this petition on behalf of the debtor.

■  I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **02/26/2024**
                    MM / DD / YYYY

X  **/s/ Jorge Ramirez**
   Signature of authorized representative of debtor
   **Jorge Ramirez**
   Printed name
   **Manager**
   Title

**18.  Signature of attorney**

X  **/s/ Kimberly A. Bartley**          Date  **02/26/2024**
   Signature of attorney for debtor                MM / DD / YYYY

   **Kimberly A. Bartley**
   Printed name
   **Waldron & Schneider, I.I.P.**
   Firm name
   **15150 Middlebrook Drive**
   Number        Street
   _____

   **Houston**                          **TX**        **77058**
   City                                 State      ZIP Code

   **(281) 488-4438**                   **kbartley@ws-law.com**
   Contact phone                        Email address
   **24032114**                         **TX**
   Bar number                           State

**Fill in this information to identify the case**

Debtor name    **Eagle Industrial Plant Services Corporation**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
    amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1.**   **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| | | Current value of<br>debtor's interest |
|---|---|---|
| All cash or cash equivalents owned or controlled by the debtor | | |

**2.**   **Cash on hand**      _____

**3.**   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of<br>account number | |
|---|---|---|---|
| 3.1. **JP Morgan Checking account #xx9292**<br>**Account Frozen - Debtor has no access to the account inforamtion.** | Checking account | __ __ __ __ | Unknown |
| 3.2. **JP Morgan Checking account #xx9300**<br>**Account Frozen - Debtor has no access to the account inforamtion.** | Checking account | __ __ __ __ | Unknown |
| 3.3. **JP Morgan Checking account #xx9318**<br>**Account Frozen - Debtor has no access to the account inforamtion.** | Checking account | __ __ __ __ | Unknown |
| 3.4. **JP Morgan Checking account #xx8262**<br>**Account Frozen - Debtor has no access to the account inforamtion.** | Checking account | __ __ __ __ | Unknown |

| Debtor | **Eagle Industrial Plant Services Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.5.** **JP Morgan Checking account #xx1100**

| Account Frozen - Debtor has no access to the account inforamtion. | Checking account | __ __ __ __ | Unknown |
|---|---|---|---|

**3.6.** **JP Morgan Checking account #xx5879**

| Account Frozen - Debtor has no access to the account inforamtion. | Checking account | __ __ __ __ | Unknown |
|---|---|---|---|

**4.** **Other cash equivalents**    *(Identify all)*

Name of institution (bank or brokerage firm)

**5.** **Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets).  Copy the total to line 80.

> **$0.00**

## Part 2:  Deposits and prepayments

**6.** **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes.  Fill in the information below.

Current value of debtor's interest

**7.** **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

**7.1.** **RBD Development - Lease Deposit**                                **$15,000.00**

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9.** **Total of Part 2.**

Add lines 7 through 8.  Copy the total to line 81.

> **$15,000.00**

## Part 3:  Accounts receivable

**10.** **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes.  Fill in the information below.

Current value of debtor's interest

**11.** **Accounts receivable**

| 11a. 90 days old or less: | **$0.00** | – | **$0.00** | = ............ ➜ | **$0.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **$288,774.66** | – | **$0.00** | = ............ ➜ | **$288,774.66** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.** **Total of Part 3**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

> **$288,774.66**

## Part 4:  Investments

**13.** **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

Debtor   **Eagle Industrial Plant Services Corporation**          Case number (if known) _____
         Name

|  | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|

**14.   Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

**15.   Non-publicly traded stock and interests in incorporated and unincorporated<br>businesses, including any interest in an LLC, partnership, or joint venture**

   Name of entity:                              % of ownership:

**16.   Government bonds, corporate bonds, and other negotiable and<br>non-negotiable instruments not included in Part 1**

   Describe:

**17.   Total of Part 4**
   Add lines 14 through 16.  Copy the total to line 83.                    **$0.00**

## Part 5:   Inventory, excluding agriculture assets

**18.   Does the debtor own any inventory (excluding agriculture assets)?**

   ☑ No.  Go to Part 6.
   ☐ Yes.  Fill in the information below.

| General description | Date of the<br>last physical<br>inventory | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| **19.   Raw materials** | MM/DD/YYYY | | | |
| **20.   Work in progress** | | | | |
| **21.   Finished goods, including goods held for resale** | | | | |
| **22.   Other inventory or supplies** | | | | |

**23.   Total of Part 5**
   Add lines 19 through 22.  Copy the total to line 84.                    **$0.00**

**24.   Is any of the property listed in Part 5 perishable?**
   ☐ No
   ☐ Yes

**25.   Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ☐ No
   ☐ Yes.  Book value _____   Valuation method _____   Current value _____

**26.   Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ☐ No
   ☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

**27.   Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

   ☑ No.  Go to Part 7.
   ☐ Yes.  Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **28.   Crops--either planted or harvested** | | | |

Debtor   **Eagle Industrial Plant Services Corporation**          Case number (if known) _____
_____
Name

29. **Farm animals**  *Examples:*  Livestock, poultry, farm-raised fish

30. **Farm machinery and equipment**  (Other than titled motor vehicles)

31. **Farm and fishing supplies, chemicals, and feed**

32. **Other farming and fishing-related property not already listed in Part 6**

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.          | **$0.00** |

34. **Is the debtor a member of an agricultural cooperative?**
    ☐ No
    ☐ Yes.  Is any of the debtor's property stored at the cooperative?
         ☐ No
         ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☐ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
    ☐ No.  Go to Part 8.
    ☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| **Office Furniture including file cabinets (4), hutch, desk, chairs, table.** | | | **$11,000.00** |
| **Office - Lunch Room Refrigerator** | | | **$475.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Phone System** | | | **$5,000.00** |
| **19 Laptops - 8 are functional, the others are lost or damaged.** | | | **$2,500.00** |
| **Television - damaged** | | | **$0.00** |

42. **Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42.  Copy the total to line 86.          | **$18,975.00** |

Debtor  **Eagle Industrial Plant Services Corporation**          Case number (if known) _____
         Name

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 8:  Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2016 Dodge Ram 2500 VIN xx7959 Titled to Jorge Ramirez Jr. but used by business.** | | | **$8,500.00** |
| 47.2. **2018 Chevy Sillverado VIN #8232 Titled to Jorge Ramirez Jr. but used by business.** | | | **$12,000.00** |
| 47.3. **2007 Ford Econoline Van VIN # xx7028 Titled to Company** | | | **$5,000.00** |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49. Aircraft and accessories** | | | |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| **2020 Liu Gong C 25 Forklift VIN # 4232** | | | **$28,000.00** |
| **2022 PJ Utility Trailer 16' VIN xx1962** | | | **$5,000.00** |
| **2007 Utility Trailer 53" VIN XX7905** | | | **$8,500.00** |
| **2020 Cargo Trailers - $6500 each** | | | |
| **VIN 1878** | | | |
| **VIIN 1897** | | | |
| **VIN 9766** | | | |
| **VIN 4586** | | | |
| **VIN 4588** | | | **$26,000.00** |

Debtor    **Eagle Industrial Plant Services Corporation**            Case number (if known) _____
          Name

**Hyster 5k Forklift - not working -scrapped**

**Impact Machine - not working**

**TCI Dyna Lift Telehandler - not working - scrapped**

**Generac 800W Portable GR - stopped working - scrapped**

| | | | |
|---|---|---|---|
| **MTF Machine - lost** | | | $0.00 |
| **Welding Curtains** | | | $2,000.00 |
| **Air Compressor** | | | $0.00 |
| **Impact Gun** | | | $150.00 |
| **Welding Machine 5AA-250F-183 - $3,500** | | | |
| **Welding Machine Red D Arc - $1,500 x2** | | | |
| **Welding Machine Lincoln Electric - $500** | | | $5,500.00 |
| **Fuel Tank** | | | $750.00 |
| **Beveling Machine 14" - $650** | | | |
| **Beveling Machine 20" - $650** | | | $1,300.00 |
| **1 Cargo Trailer - Valvoline Deer Park** | | | $6,500.00 |
| **2 Cargo Trailers - INEOS Texas City** | | | $6,500.00 |
| **40' Gooseneck Trailer (lost title)** | | | $7,000.00 |
| **16' PJ Trailer** | | | $0.00 |
| **Ultra Span Lunch Tent** | | | $200.00 |
| **Signage** | | | $200.00 |
| **Miscellaneous Hand Tools** | | | $10,000.00 |

**51. Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.                    | **$133,100.00** |

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

### Part 9:  Real property

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes.  Fill in the information below.

Debtor   **Eagle Industrial Plant Services Corporation**            Case number (if known) _____
_____
Name

**55.   Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **7003 Hwy 225, Unit C Deer Park, TX  77536** 7003 Hwy 225, Unit C, Deer Park, TX 77536 **Lease for** **7003 Hwy 225, Unit C Deer Park, TX  77536** | **Leasehold** | | | **$0.00** |

**56.  Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.        **$0.00**

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10:  Intangibles and Intellectual Property

**59.  Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.  Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.  Internet domain names and websites** | | | |
| **WWW.eagleindustrialps.com** | | | **$0.00** |
| **62.  Licenses, franchises, and royalties** | | | |
| **63.  Customer lists, mailing lists, or other compilations** | | | |
| **64.  Other intangibles, or intellectual property** | | | |
| **65.  Goodwill** | | | |

**66.  Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.        **$0.00**

**67.  Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☑ No
☐ Yes

**68.  Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69.  Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor   **Eagle Industrial Plant Services Corporation**                                     Case number (if known) _____
         Name

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ☑ Yes.  Fill in the information below.

                                                                                        **Current value of
                                                                                        debtor's interest**

71. **Notes receivable**

    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

    **Insurica - Commercial General Liability.**
    **All insurance cancelled.**                                                              $0.00

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature,
    including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

78. **Total of Part 11.**
    Add lines 71 through 77.  Copy the total to line 90.                                       $0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

Debtor __**Eagle Industrial Plant Services Corporation**__      Case number (if known) _____
          Name

## Part 12:  Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $15,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $288,774.66 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $18,975.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $133,100.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .................................................➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column.   91a. | $455,849.66 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92 ................................................................... **$455,849.66**

**Fill in this information to identify the case:**

Debtor name  **Eagle Industrial Plant Services Corporation**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                                    12/15

Be as complete and accurate as possible.

1.  **Do any creditors have claims secured by debtor's property?**

☐  No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
☑  Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2.  List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
| --- | --- | --- | --- |

| **2.1** | | | |
| --- | --- | --- | --- |
| **Creditor's name** 1st Service Credit Union | Describe debtor's property that is subject to a lien | $23,500.00 | $12,000.00 |
| **Creditor's mailing address** 8980 Clearwood Dr. | **2018 Chevy Sillverado VIN #8232** | | |
| | Describe the lien | | |
| | **Business Equipment/Supplies** | | |
| Houston         TX    77075 | Is the creditor an insider or related party? | | |
| **Creditor's email address, if known** | ☑ No  ☐ Yes | | |
| Date debt was incurred | Is anyone else liable on this claim? | | |
| Last 4 digits of account number ___ ___ ___ ___ | ☐ No ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is: Check all that apply. | | |
| ☑ No ☐ Yes. Specify each creditor, including this creditor, and its relative priority. | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.                                     $1,168,515.23

Debtor     **Eagle Industrial Plant Services Corporation**     Case number (if known) _____

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|

**2.2** | Creditor's name
**Amerisource Funding Inc**

Describe debtor's property that is
subject to a lien

**Accounts Receivable**

Creditor's mailing address
**7225 Langtry St, #100**

Describe the lien

**Business**

**Houston          TX     77040**

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

_____

Is anyone else liable on this claim?

☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account
number                ___  ___  ___  ___

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in
the same property?

☐ No
☑ Yes.  Have you already specified the
        relative priority?

    ☑ No.  Specify each creditor, including this
            creditor, and its relative priority.

**Amount of claim:** **Unknown**     **Value of collateral:** **$288,774.66**

**1) G and G Funding Group LLC; 2) Kapitus LLC; 3) Meged Funding Group; 4) Millstone Funding Inc; 5) Wynwood Capital Group;
6) Amerisource Funding Inc; 7) Fox Capital Group/Fox Business Funding; 8) Cucumber Capital LLC.**

    ☐ Yes.  The relative priority of creditors is
            specified on lines _____

**2.3** | Creditor's name
**CIG Financial**

Describe debtor's property that is
subject to a lien

**2016 Dodge Ram 2500 VIN xx7959**

Creditor's mailing address
**6 Executive Circle**

Describe the lien

**Business Equipment/Supplies**

**Irvine          CA     92614**

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

_____

Is anyone else liable on this claim?

☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account
number                **8   9   2   5**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
        relative priority?

    ☐ No.  Specify each creditor, including this
            creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
            specified on lines _____

**Amount of claim:** **$12,500.00**     **Value of collateral:** **$8,500.00**

Debtor  **Eagle Industrial Plant Services Corporation**          Case number (if known) _____

| **Part 1:** | **Additional Page** |
|---|---|

|  | Column A | Column B |
|---|---|---|
|  | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.4**  Creditor's name
**Cucumber Capital LLC**

Creditor's mailing address
**c/o John Szalan Esq**

**Neubert Pepe & Monteith PC**

**195 Church St, 13th Fl**

**New Haven         CT    06510**

Creditor's email address, if known
_____

Date debt was incurred _____

Last 4 digits of account
number          ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☐ No
☑ Yes.  Have you already specified the
        relative priority?

    ☐ No.  Specify each creditor, including this
            creditor, and its relative priority.

    ☑ Yes.  The relative priority of creditors is
            specified on lines  **2.2**

Describe debtor's property that is
subject to a lien

**Accounts Receivable**

Describe the lien

**Business**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

|  |  |
|---|---|
| $105,810.36 | $288,774.66 |

**State of CT Superior Court Ex Parte Pre-Judgment Remedy**

**2.5**  Creditor's name
**First Citizens Bank**

Creditor's mailing address
**PO Box 856502**

_____

**Minneapolis         MN   55485-6502**

Creditor's email address, if known
_____

Date debt was incurred _____

Last 4 digits of account
number          o   a   n   4

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
        relative priority?

    ☐ No.  Specify each creditor, including this
            creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
            specified on lines  _____

Describe debtor's property that is
subject to a lien

**2020 Liu Gong C 25 Forklift**

Describe the lien

**Business Equipment/Supplies**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

|  |  |
|---|---|
| $18,315.44 | $28,000.00 |

Debtor   **Eagle Industrial Plant Services Corporation**          Case number (if known) _____

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral** |
| | Do not deduct the | **that supports** |
| | value of collateral. | **this claim** |

**2.6**  Creditor's name
**First Citizens Bank**

Describe debtor's property that is
subject to a lien
**2 Trailers**

$3,314.78          $0.00

Creditor's mailing address
**PO Box 856502**

Describe the lien
**Business Equipment/Supplies**

_____

_____

**Minneapolis          MN    55485-6502**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known
_____

Is anyone else liable on this claim?
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred _____

Last 4 digits of account
number          **8   0   0   0**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes.  Have you already specified the
      relative priority?

   ☐ No.  Specify each creditor, including this
         creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
          specified on lines _____

**2.7**  Creditor's name
**First Citizens Bank**

Describe debtor's property that is
subject to a lien
**3 Trailers**

$9,774.16          $0.00

Creditor's mailing address
**PO Box 856502**

Describe the lien
**Business Equipment/Supplies**

_____

_____

**Minneapolis          MN    55485-6502**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known
_____

Is anyone else liable on this claim?
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred _____

Last 4 digits of account
number          **4   0   0   0**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes.  Have you already specified the
      relative priority?

   ☐ No.  Specify each creditor, including this
         creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
          specified on lines _____

Debtor **Eagle Industrial Plant Services Corporation**          Case number (if known) _____

| **Part 1:** | **Additional Page** | **Column A**<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines
sequentially from the previous page.

---

**2.8** Creditor's name
**First Citizens Bank**

Creditor's mailing address
**PO Box 856502**

_____

_____

**Minneapolis          MN    55485-6502**

Creditor's email address, if known

_____

Date debt was incurred      _____

Last 4 digits of account
number          **5   0   0   0**

Do multiple creditors have an interest in
the same property?
☒ No
☐ Yes. Have you already specified the
relative priority?

☐ No. Specify each creditor, including this
creditor, and its relative priority.

☐ Yes. The relative priority of creditors is
specified on lines _____

Describe debtor's property that is
subject to a lien
**3 Trailers**

Describe the lien
**Business Equipment/Supplies**

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$27,097.49**                    **$0.00**

---

**2.9** Creditor's name
**Fox Capital Group/Fox Business Fundin**

Creditor's mailing address
**803 S 21st Ave**

_____

**Hollywood          FL    33020**

Creditor's email address, if known

_____

Date debt was incurred      _____

Last 4 digits of account
number          ___  ___  ___  ___

Do multiple creditors have an interest in
the same property?
☐ No
☒ Yes. Have you already specified the
relative priority?

☐ No. Specify each creditor, including this
creditor, and its relative priority.

☒ Yes. The relative priority of creditors is
specified on lines **2.2**

Describe debtor's property that is
subject to a lien
**Accounts Receivable**

Describe the lien
**Accounts Receivable**

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$144,000.00**                **$288,774.66**

---

Debtor   **Eagle Industrial Plant Services Corporation**                Case number (if known) _____

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

|  | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|

**2.10**  Creditor's name
**G and G Funding Group LLC**

Describe debtor's property that is subject to a lien                                        $138,453.00          $288,774.66

Creditor's mailing address
**57 West 57th St**

**Accounts Receivable**

**4th Fl**

Describe the lien
**Business**

_____

Is the creditor an insider or related party?

**New York            NY   10019**

☑ No
☐ Yes

Creditor's email address, if known

_____

Is anyone else liable on this claim?

Date debt was incurred _____

☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number        ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☑ Yes.  The relative priority of creditors is specified on lines **2.2**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Litigation Pending**

**2.11**  Creditor's name
**Kapitus LLC**

Describe debtor's property that is subject to a lien                                        $213,000.00          $288,774.66

Creditor's mailing address
**2500 Wilson Blvd #350**

**Accounts Receivable**

_____

Describe the lien
**Business**

**Arlington            VA   22201**

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

_____

Is anyone else liable on this claim?

Date debt was incurred _____

☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number        ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☑ Yes.  The relative priority of creditors is specified on lines **2.2**

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor  **Eagle Industrial Plant Services Corporation**                      Case number (if known) _____

| Part 1: | Additional Page |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral** |
| | | Do not deduct the | **that supports** |
| | | value of collateral. | **this claim** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.12** Creditor's name
**Meged Funding Group**

Describe debtor's property that is subject to a lien

$80,000.00     $288,774.66

Creditor's mailing address
**1 Princeton Ave**

**Accounts Receivable**

Describe the lien

**Business Litigation**

**Brick          NJ     08724**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known
_____

Date debt was incurred _____

Is anyone else liable on this claim?
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☑ Yes.  The relative priority of creditors is specified on lines **2.2**

**2.13** Creditor's name
**Millstone Funding Inc**

Describe debtor's property that is subject to a lien

$312,750.00     $288,774.66

Creditor's mailing address
**80G Montuk Hwy, Ste 2**

**Accounts Receivable**

Describe the lien

**Business**

**Amity Harbor       NY    11701**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known
_____

Date debt was incurred _____

Is anyone else liable on this claim?
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☑ Yes.  The relative priority of creditors is specified on lines **2.2**

Debtor **Eagle Industrial Plant Services Corporation**      Case number (if known) _____

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|---|

**2.14**  Creditor's name
**Wynwood Capital Group**

Creditor's mailing address
**20200 W Dixie Highway**

_____

_____

**Miami**      **FL**    **33180**

Creditor's email address, if known

_____

Date debt was incurred    _____

Last 4 digits of account
number     ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☐ No

☑ Yes.  Have you already specified the
relative priority?

    ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

    ☑ Yes.  The relative priority of creditors is
specified on lines **2.2**

**Describe debtor's property that is
subject to a lien**

**Accounts Receivable**

**Describe the lien**

**Business Litigation**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$80,000.00**

Column B: **$288,774.66**

Debtor    **Eagle Industrial Plant Services Corporation**                    Case number (if known) _____

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Ainsworth Gorkin PLLC** | Line **2.14** | ___ ___ ___ ___ |
| **Yeshaya Gorkin, Esq** | | |
| **PO Box 605** | | |
| **New York**          **NY**    **10038** | | |
| **David Fogel** | Line **2.12** | ___ ___ ___ ___ |
| **David Fogel PC** | | |
| **1225 Franklin Ave, Ste 201** | | |
| **Garden City**          **NY**    **11530** | | |
| **Law Offices Of Isaac H. Greenfield PLLC** | Line **2.10** | ___ ___ ___ ___ |
| **2 Executive Boulevard, Suite 305** | | |
| **Suffern**          **NY**    **10901** | | |

**Fill in this information to identify the case:**

Debtor    **Eagle Industrial Plant Services Corporation**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
   amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.
    ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
    If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| **2.1** Priority creditor's name and mailing address | **As of the petition filing date, the claim is:** *Check all that apply.* | **$126.06** | **$126.06** |
|---|---|---|---|
| **Cardenas, Erick A** | ☐ Contingent | | |
| **1312 Jefferson St** | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Baytown**    **TX**    **77520** | **Basis for the claim:** | | |
| Date or dates debt was incurred | **Wages** | | |
| **1/19/24** | | | |
| Last 4 digits of account number   __ __ __ __ | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( __4__ ) | | | |

| **2.2** Priority creditor's name and mailing address | **As of the petition filing date, the claim is:** *Check all that apply.* | **$232.72** | **$232.72** |
|---|---|---|---|
| **Gallardo, Jose M** | ☐ Contingent | | |
| **1605 N 5th St** | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Baytown**    **TX**    **77520** | **Basis for the claim:** | | |
| Date or dates debt was incurred | **Wages** | | |
| **10/13/23** | | | |
| Last 4 digits of account number   __ __ __ __ | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( __8__ ) | | | |

Debtor   **Eagle Industrial Plant Services Corporation**          Case number (if known) _____

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.3** **Priority creditor's name and mailing address**          **As of the petition filing date, the claim is:** *Check all that apply.*          $936.32          $936.32

Gonzalez, Osmar

619 Shadylawn St
_____

☐ Contingent
☐ Unliquidated
☐ Disputed

La Porte                  TX      77571

**Basis for the claim:**
**Wages**

**Date or dates debt was incurred**

2/24/23

**Is the claim subject to offset?**

**Last 4 digits of account number**   ___ ___ ___ ___

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( **4** )

---

**2.4** **Priority creditor's name and mailing address**          **As of the petition filing date, the claim is:** *Check all that apply.*          $3,812.02          $3,812.02

Harris County Tax Assessor

Ann Bennett

7300 N Shepherd Dr.

☐ Contingent
☐ Unliquidated
☐ Disputed

Houston                  TX      77091

**Basis for the claim:**
**Property Taxes**

**Date or dates debt was incurred**

**Is the claim subject to offset?**

**Last 4 digits of account number**   ___ ___ ___ ___

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( **8** )

---

**2.5** **Priority creditor's name and mailing address**          **As of the petition filing date, the claim is:** *Check all that apply.*          $1,200.55          $1,200.55

Huff, Colin

147 Brazos Dr.
_____

☐ Contingent
☐ Unliquidated
☐ Disputed

Baytown                  TX      77523

**Basis for the claim:**
**Wages**

**Date or dates debt was incurred**

1/19/24

**Is the claim subject to offset?**

**Last 4 digits of account number**   ___ ___ ___ ___

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( **4** )

Debtor   **Eagle Industrial Plant Services Corporation**   Case number (if known) _____

| **Part 1:** | **Additional Page** |
| --- | --- |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
| --- | --- | --- |

**2.6** | **Priority creditor's name and mailing address**

**IRS**

**Stop 5022 HOU**

**1919 Smith Street**

_____

**Houston                  TX      77002**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(  **8**  )

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Taxes - 940, 941**

**Is the claim subject to offset?**

☑ No
☐ Yes

Total claim: **$203,186.20**    Priority amount: **$203,186.20**

---

**2.7** | **Priority creditor's name and mailing address**

**Rosenbaum, Jose A**

**3409 Woodcrest Dr**

_____

**Baytown                  TX      77521**

**Date or dates debt was incurred**

**1/19/24**

**Last 4 digits of account number**   ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(  **4**  )

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Wages**

**Is the claim subject to offset?**

☑ No
☐ Yes

Total claim: **$288.60**    Priority amount: **$288.60**

---

**2.8** | **Priority creditor's name and mailing address**

**Sanchez, Daniel**

**4821 Meadow Park**

_____

**Houston                  TX      77048**

**Date or dates debt was incurred**

**10/13/23**

**Last 4 digits of account number**   ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(  **8**  )

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Wages**

**Is the claim subject to offset?**

☑ No
☐ Yes

Total claim: **$1,211.85**    Priority amount: **$1,211.85**

Debtor  **Eagle Industrial Plant Services Corporation**          Case number (if known) _____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured
      claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| **3.1** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,531.53** |
|---|---|---|---|

**4 Horn Industrial**

**909 S 14th St**

**La Porte, TX  775711**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Equipment/Supplies**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.2** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,940.57** |
|---|---|---|---|

**Able Tool & Rental**

**1590 Sam Houston Pkwy W**

**Houston**          **TX    77047**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Equipment/Supplies**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.3** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00** |
|---|---|---|---|

**Agwu, Ikechukwu Ukakwu**

**20522 Ginnydale Dr.**

**Cypress**          **TX    77433**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Equity Investment**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.4** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,572.99** |
|---|---|---|---|

**Airgas USA LLC**

**5310 Railroad St**

**Deer Park**          **TX    77536**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Equipment/Supplies**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor **Eagle Industrial Plant Services Corporation**          Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $200.00 |

As of the petition filing date, the claim is:
*Check all that apply.*

**Alliance Health Resources**

**Mobile Division**

☐ Contingent
☐ Unliquidated
☐ Disputed

**2910 Center St**

**Deer Park**        **TX**    **77536**

Basis for the claim:
**Business**

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

| 3.6 | Nonpriority creditor's name and mailing address | | $25,961.00 |

As of the petition filing date, the claim is:
*Check all that apply.*

**Allied Industrial Sales, Inc**

**3003 Pasadena Fwy Ste 100**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Pasadena**        **TX**    **77503**

Basis for the claim:
**Business Equipment/Supplies**

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

| 3.7 | Nonpriority creditor's name and mailing address | | $5,794.12 |

As of the petition filing date, the claim is:
*Check all that apply.*

**Ambit Energy**

**1801 N Lamar St, Ste 200**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**        **TX**    **75202**

Basis for the claim:
**Business Utility**

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

| 3.8 | Nonpriority creditor's name and mailing address | | $19,120.09 |

As of the petition filing date, the claim is:
*Check all that apply.*

**Apache Industrial Services, Inc**

**250 Assay St, Ste 500**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**        **TX**    **77044**

Basis for the claim:
**Business Equipment/Supplies**

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

Debtor    **Eagle Industrial Plant Services Corporation**                Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.9 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

$3,150.00

**Arc-San Engraving LLC**

☐ Contingent

**31214 Birch Mills Dr.**

☐ Unliquidated
☐ Disputed

**Hockley**                    **TX**    **77447**

Basis for the claim:
**Business Equipment/Supplies**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

$12,000.00

**Avetta LLC**

☐ Contingent

**1330 Post Oak**

☐ Unliquidated
☐ Disputed

**Houston**                    **TX**    **77056**

Basis for the claim:
**Business Equipment/Supplies**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

$79,715.96

**Axios Industrial Maintenance**

☐ Contingent

**2910 East P St**

☐ Unliquidated
☐ Disputed

**Deer Park**                    **TX**    **77536**

Basis for the claim:
**Business Equipment/Supplies**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

$99,064.59

**Axis Industrial Holdings**

☐ Contingent

**4484 Genoa Red Blvd Rd**

☐ Unliquidated

**Bldg A**

☐ Disputed

**Pasadena**                    **TX**    **77505**

Basis for the claim:
**Business Equipment/Supplies**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

---

Debtor   **Eagle Industrial Plant Services Corporation**        Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.13 | **Nonpriority creditor's name and mailing address** |

**Battleground Water**

**11643 A Wallisville Rd**

_____

**Houston**                    **TX      77013**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Equipment/Supplies**

**Is the claim subject to offset?**
☑ No
☐ Yes

$13,518.70

---

| 3.14 | **Nonpriority creditor's name and mailing address** |

**BJ Portacan LLC**

**408 Vann Rd**

_____

**Highlands**                    **TX      77562**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Equipment/Supplies**

**Is the claim subject to offset?**
☑ No
☐ Yes

$589.42

---

| 3.15 | **Nonpriority creditor's name and mailing address** |

**BobTack LLC**

**7713 Channelview Dr.**

_____

**Galveston**                    **TX      77554**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Equipment/Supplies**

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,943.25

---

| 3.16 | **Nonpriority creditor's name and mailing address** |

**Brock Custom Blast Services**

**2550 Genoa Red Bluff Rd**

_____

**Houston**                    **TX      77034**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Equipment/Supplies**

**Is the claim subject to offset?**
☑ No
☐ Yes

$267,318.50

Debtor   **Eagle Industrial Plant Services Corporation**   Case number (if known) _____

| Part 2: | Additional Page |

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| 3.17 | Nonpriority creditor's name and mailing address |
| --- | --- |

**$50,000.00**

**Chase**

**PO Box 6294**

_____

| **Carol Stream** | **IL** | **60197-6294** |

Date or dates debt was incurred   _____

Last 4 digits of account number   **0   6   1   4**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Credit Card**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address |
| --- | --- |

**$130,285.15**

**Cima Services LP**

**3334 Strawberry Rd**

_____

| **Pasadena** | **TX** | **77504** |

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Equipment/Supplies**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address |
| --- | --- |

**$50,337.22**

**Clean Coast Supply LLC**

**1041 Thomas Ave**

_____

| **Pasadena** | **TX** | **77506** |

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Equipment/Supplies**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address |
| --- | --- |

**$67,879.77**

**Coastal Welding Supply Inc**

**1205 W Main St**

_____

| **Baytown** | **TX** | **77520** |

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Equipment/Supplies**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   **Eagle Industrial Plant Services Corporation**      Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.21**   **Nonpriority creditor's name and mailing address**

Comcast Business

8590 W Tidwell

Houston                         TX        77040

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Business Utility

**Is the claim subject to offset?**
☑ No
☐ Yes

**$2,598.00**

---

**3.22**   **Nonpriority creditor's name and mailing address**

Countless Supply LLC

1250 Clay Ct, Ste 200

Deer Park                       TX        77536

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Business Equipment/Supplies

**Is the claim subject to offset?**
☑ No
☐ Yes

**$18,796.71**

---

**3.23**   **Nonpriority creditor's name and mailing address**

Coverall North America

6961 Brookhollow W Dr., #130

Houston                         TX        77040

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Business Equipment/Supplies

**Is the claim subject to offset?**
☑ No
☐ Yes

**$2,196.17**

---

**3.24**   **Nonpriority creditor's name and mailing address**

Culligan of Houston

5450 Guhn Rd

Houston                         TX        77040

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Business Equipment/Supplies

**Is the claim subject to offset?**
☑ No
☐ Yes

**$498.48**

---

Debtor   **Eagle Industrial Plant Services Corporation**          Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          **Amount of claim**

| 3.25 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*                                      **$7,500.00**

De La Pena, Rodolfo

4331 Mize Rd

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Pasadena          TX      77504          Equity Investment

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __      ☑ No
                                                 ☐ Yes

| 3.26 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*                                      **$2,005,337.00**

De Llange Landen Financial Services, In

5000 Johnston Dr

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Johnston          IA      50131          Business Equipment/Supplies

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __      ☑ No
                                                 ☐ Yes

| 3.27 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*                                      **$3,865.58**

Deer Park Rentals

1904 Center St

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Deer Park          TX      77536          Business Equipment/Supplies

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __      ☑ No
                                                 ☐ Yes

| 3.28 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*                                      **$941.15**

Dex Imaging LLC

104 Lockhaven Dr

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Houston          TX      77073          Business Equipment/Supplies

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __      ☑ No
                                                 ☐ Yes

Debtor   **Eagle Industrial Plant Services Corporation**                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.29 | Nonpriority creditor's name and mailing address |

**Disa Global Solutions Inc**

**11740 Katy Fwy Ste 900**

**Houston**                    **TX**      **77079**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Equipment/Supplies**

**Is the claim subject to offset?**
☑ No
☐ Yes

$16,227.29

---

| 3.30 | Nonpriority creditor's name and mailing address |

**Energy Valve & Supply Compnay LLC**

**8201 N Loop E Fwy #400**

**Houston**                    **TX**      **77029**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Equipment/Supplies**

**Is the claim subject to offset?**
☑ No
☐ Yes

$93,389.82

---

| 3.31 | Nonpriority creditor's name and mailing address |

**Epic Tool & Rental**

**3802 Underwood Rd**

**LaPorte**                    **TX**      **77536**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Equipment/Supplies**

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,709.53

---

| 3.32 | Nonpriority creditor's name and mailing address |

**Equipment Share**

**5826 Red Bluff Rd**

**Pasadena**                    **TX**      **77505**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Equipment/Supplies**

**Is the claim subject to offset?**
☑ No
☐ Yes

$49,338.10

Debtor   **Eagle Industrial Plant Services Corporation**          Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

**3.33**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$15,056.90**

**Everitt Industrial Supply Inc**

☐ Contingent

**523 Crockett St**

☐ Unliquidated

☐ Disputed

_____

Basis for the claim:

**Channelview**          **TX**     **77530**

**Business Equipment/Supplies**

Date or dates debt was incurred  _____

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

---

**3.34**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$100,000.00**

**Gonzalez, Eduardo & Gloria**

☐ Contingent

**5254 Los Arboles Ave**

☐ Unliquidated

**Brownsville, TX**

☐ Disputed

_____

Basis for the claim:

**Equity Investment**

Date or dates debt was incurred  _____

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

---

**3.35**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$70,000.00**

**Gonzalez, Fidel Mario Jr.**

☐ Contingent

**3422 Hunters Canyon Rd**

☐ Unliquidated

☐ Disputed

_____

Basis for the claim:

**Baytown**          **TX**     **77521**

**Equity Investment**

Date or dates debt was incurred  _____

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

---

**3.36**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$50,000.00**

**Gonzalez, Fidel Mario Sr**

☐ Contingent

**20 Gresham St**

☐ Unliquidated

☐ Disputed

_____

Basis for the claim:

**Baytown**          **TX**     **77520**

**Equity Investment**

Date or dates debt was incurred  _____

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

---

Debtor   **Eagle Industrial Plant Services Corporation**        Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.37** Nonpriority creditor's name and mailing address

**Grainger**

**1251 Hall Ct**

**Deer Park**          **TX**    **77536**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Equipment/Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$6,944.76**

**3.38** Nonpriority creditor's name and mailing address

**Guerra, Jesus**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

**3.39** Nonpriority creditor's name and mailing address

**Gulf Coast Gas & Equipment**

**11924 N Houston Rosslyn Rd**

**Houston**          **TX**    **77086**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Equipment/Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$8,457.00**

**3.40** Nonpriority creditor's name and mailing address

**H-Town Oxygen Company**

**2126 Firnat St**

**Houston**          **TX**    **77093**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Equipment/Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$11,004.83**

Debtor   **Eagle Industrial Plant Services Corporation**          Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.41 | Nonpriority creditor's name and mailing address |

**Health and Safety Council**

**7720 Spencer Hwy**

_____

**Pasadena**          TX      **77505**

Date or dates debt was incurred          _____

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Equipment/Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$6,580.00**

---

| 3.42 | Nonpriority creditor's name and mailing address |

**Herebia, Julian Jr**

**9390 US Military Hwy 281**

_____

**Brownsville**          TX      **78520**

Date or dates debt was incurred          _____

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Equity Investment**

Is the claim subject to offset?
☑ No
☐ Yes

**$100,000.00**

---

| 3.43 | Nonpriority creditor's name and mailing address |

**Herevia, Julina Sr**

**9390 US Military Hwy 281**

_____

**Brownsville**          TX      **78520**

Date or dates debt was incurred          _____

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Equity Investment**

Is the claim subject to offset?
☑ No
☐ Yes

**$6,000.00**

---

| 3.44 | Nonpriority creditor's name and mailing address |

**Honey Bucket**

**2017 Airport Rd, Unit A**

_____

**Conroe**          TX      **77301**

Date or dates debt was incurred          _____

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Equipment/Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,768.26**

---

Debtor   **Eagle Industrial Plant Services Corporation**                   Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.45** **Nonpriority creditor's name and mailing address**

**Houston Inspection Services**

**14547 East Freeway**

**Houston**                **TX**    **77015**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Equipment/Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$21,162.25**

---

**3.46** **Nonpriority creditor's name and mailing address**

**Hytorc of Texas**

**12420 Texaco Rd**

**Houston**                **TX**    **77013**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Equipment/Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$24,639.05**

---

**3.47** **Nonpriority creditor's name and mailing address**

**Imperium Projects LLC**

**PO Box 8755**

**Pearland**               **TX**    **77588**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Equipment/Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$50,404.44**

---

**3.48** **Nonpriority creditor's name and mailing address**

**Industrial Performance Services**

**1238 Center St**

**Deer Park**              **TX**    **77536**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Equipment/Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$78,353.00**

---

Debtor  **Eagle Industrial Plant Services Corporation**          Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.49 | Nonpriority creditor's name and mailing address | | |
|------|--------------------------------------------------|---|---|

**INSURICA**

**19450 Tomball Pkwy**

**550 Texas 249 Access Rd**

**Houston**                    **TX**    **77070**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Insurance**

Is the claim subject to offset?
☑ No
☐ Yes

**$27,000.00**

---

| 3.50 | Nonpriority creditor's name and mailing address | | |
|------|--------------------------------------------------|---|---|

**IT Protects, LLC**

**133 N Friendswood Dr.**

**Friendswood**                **TX**    **77546**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Equipment/Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$8,565.40**

---

| 3.51 | Nonpriority creditor's name and mailing address | | |
|------|--------------------------------------------------|---|---|

**Johnny's Gauge & Meter Repairs**

**718 Dunwoody Dr**

**Houston**                    **TX**    **77076**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Equipment/Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$762.91**

---

| 3.52 | Nonpriority creditor's name and mailing address | | |
|------|--------------------------------------------------|---|---|

**LaBove, Charlne**

**161 CR 6769**

**Dayton**                     **TX**    **77535**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Equity Investment**

Is the claim subject to offset?
☑ No
☐ Yes

**$50,000.00**

Debtor   **Eagle Industrial Plant Services Corporation**          Case number (if known) _____

**Part 2:**   **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

| 3.53 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: | $35,932.17 |

**Linde Gas & Equipment Inc**

**Dept 0812**

**PO Box 120812**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Dallas**                    **TX**     **75312**

Basis for the claim:
**Business Equipment/Supplies**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.54 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: | $21,842.26 |

**Lockwood Partners LLC**

**1321 E Pasadena Fwy Ste 1000**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Pasadena**                    **TX**     **77506**

Basis for the claim:
**Business Equipment/Supplies**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.55 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: | $32,733.70 |

**Matagorda Oilfield Speciality Inc**

**3586 FM 2668**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Bay City**                    **TX**     **77414**

Basis for the claim:
**Business Equipment/Supplies**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.56 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: | $150,000.00 |

**Monsevais, Enrique**

**1107 East Lee**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Kingsville**                    **TX**     **78363**

Basis for the claim:
**Equity Investment**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Debtor  **Eagle Industrial Plant Services Corporation**          Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

**3.57**  Nonpriority creditor's name and mailing address

Montemayor, Genaro

816 Mississippi St

S Houston                    TX      77587

Date or dates debt was incurred      _____

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Equity Investment

Is the claim subject to offset?
☑ No
☐ Yes

**$17,000.00**

**3.58**  Nonpriority creditor's name and mailing address

Montoya, Raul Jr

1011 Becker St Trl 7

Channelview                  TX      77530

Date or dates debt was incurred      _____

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Equity Investment

Is the claim subject to offset?
☑ No
☐ Yes

**$43,000.00**

**3.59**  Nonpriority creditor's name and mailing address

Mpact Tool & Rental

171 Walter St

Pasadena                     TX      77506

Date or dates debt was incurred      _____

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Business Equipment/Supplies

Is the claim subject to offset?
☑ No
☐ Yes

**$12,176.87**

**3.60**  Nonpriority creditor's name and mailing address

Mustang Rental Services

2910 Pasadena Fwy

Pasadena                     TX      77503

Date or dates debt was incurred      _____

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Business Equipment/Supplies

Is the claim subject to offset?
☑ No
☐ Yes

**$29,612.97**

Debtor   **Eagle Industrial Plant Services Corporation**          Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.61 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is: *Check all that apply.*

**$12,895.00**

**Occucare International**

**31 San Augustine Ave #4027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Equipment/Supplies**

**Deer Park**          TX   77536

Date or dates debt was incurred          _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number          __ __ __ __

---

| 3.62 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is: *Check all that apply.*

**$268.04**

**Omni Fire & Security**

**600 Kenrick Dr A 1**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Equipment/Supplies**

**Houston**          TX   77060

Date or dates debt was incurred          _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number          __ __ __ __

---

| 3.63 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is: *Check all that apply.*

**$4,900.52**

**Pac Fas**

**1509 Alabama St**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Equipment/Supplies**

**S Houston**          TX   77587

Date or dates debt was incurred          _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number          __ __ __ __

---

| 3.64 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is: *Check all that apply.*

**$22,520.00**

**Partner Industriial Coatings**

**5717 FM 3180 Rd**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Equipment/Supplies**

**Baytown**          TX   77523

Date or dates debt was incurred          _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number          __ __ __ __

Debtor   **Eagle Industrial Plant Services Corporation**                  Case number (if known) _____

| **Part 2:** | **Additional Page** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**                  Amount of claim

---

| 3.65 | Nonpriority creditor's name and mailing address |

**Penn Toool**

**16920 N Texas Ave #D1**

_____

**Webster**                          **TX**      **77598**

Date or dates debt was incurred      _____

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Business Equipment/Supplies**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Amount of claim: **$5,720.20**

---

| 3.66 | Nonpriority creditor's name and mailing address |

**Pineda, Mikayla**

**7811 S Chapa Rd**

_____

**Mercedes**                          **TX**      **78570**

Date or dates debt was incurred      _____

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Equity Investment**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Amount of claim: **$50,000.00**

---

| 3.67 | Nonpriority creditor's name and mailing address |

**Pineda, Ruben Jacob**

**1101 Gregory St, Apt 6**

_____

**Taft**                          **TX**      **78390**

Date or dates debt was incurred      _____

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Equity Investment**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Amount of claim: **$25,000.00**

---

| 3.68 | Nonpriority creditor's name and mailing address |

**Prime Inspections Inc**

**1621 Prime West Pkwy**

_____

**Katy**                          **TX**      **77449**

Date or dates debt was incurred      _____

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Business Equipment/Supplies**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Amount of claim: **$2,536.30**

---

Debtor   **Eagle Industrial Plant Services Corporation**   Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.69**   Nonpriority creditor's name and mailing address

PROtect LLC

4682 S Sam Houston Pkwy E

_____

Houston                          TX        77048

Date or dates debt was incurred       _____

Last 4 digits of account number       ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Equipment/Supplies**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$110,250.06

---

**3.70**   Nonpriority creditor's name and mailing address

Q-bits Communications, Inc.

2206 Munger St

_____

Houston                          TX        77023

Date or dates debt was incurred       _____

Last 4 digits of account number       ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Equipment/Supplies**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$2,115.94

---

**3.71**   Nonpriority creditor's name and mailing address

Ramirez, Rosalinda

102 Crestway Dr.

_____

Baytown                          TX        77520

Date or dates debt was incurred       _____

Last 4 digits of account number       ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Equity Investment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$145,000.00

---

**3.72**   Nonpriority creditor's name and mailing address

RBD Development

11643 Wallisville Rd, Ste A

_____

Houston                          TX        77013

Date or dates debt was incurred       _____

Last 4 digits of account number       ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Office Lease**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$390,000.00

Debtor   **Eagle Industrial Plant Services Corporation**                Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                **Amount of claim**

---

| 3.73 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*                                                             **$2,996.38**

**RCI Consultant Group**

**Maverick Welder & Materials**

**5218 Spencer Hwy**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Equipment/Supplies**

**Pasadena**               **TX**    **77505**

**Date or dates debt was incurred**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    ___ ___ ___ ___

---

| 3.74 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*                                                             **$19,620.00**

**Reycon Paving Services**

**16017 Market St**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Equipment/Supplies**

**Channelview**            **TX**    **77530**

**Date or dates debt was incurred**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    ___ ___ ___ ___

---

| 3.75 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*                                                             **$4,870.00**

**Rio Plex Safety Council**

**110 S Col Rowe Blvd**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Equipment/Supplies**

**McAllen**               **TX**    **78501**

**Date or dates debt was incurred**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    ___ ___ ___ ___

---

| 3.76 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*                                                             **$8,183.15**

**Ritz Safety**

**1455 E Sam Houston Pkwy S**

**Ste 110**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Equipment/Supplies**

**Pasadena**               **TX**    **77503**

**Date or dates debt was incurred**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    ___ ___ ___ ___

---

Debtor **Eagle Industrial Plant Services Corporation**          Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$80,000.00** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

Salazar, Baudelio Jr.

5939 Kissing Oak St

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Equity Investment

San Antonio          TX     78247

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

---

| 3.78 | **Nonpriority creditor's name and mailing address** | **$50,000.00** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

Salinas, Gonzalo

3818 Water Canyon Rd

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Equity Investment

Baytown          TX     77521

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

---

| 3.79 | **Nonpriority creditor's name and mailing address** | **$1,671.61** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

Samba Safety

Dept LA 24536

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Business Credit Card

Pasadena          CA     91185

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

---

| 3.80 | **Nonpriority creditor's name and mailing address** | **$12,690.55** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

Select Safety Services

6630 Specer Hwy

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Business Equipment/Supplies

Pasadena          TX     77505

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

Debtor   **Eagle Industrial Plant Services Corporation**          Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.81**   **Nonpriority creditor's name and mailing address**

**Senex Welding & Fabrication LLC**

**2802 San Augustine Ave**

_____

**Pasadena**                     **TX**      **77503**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Equipment/Supplies**

**Is the claim subject to offset?**
☑ No
☐ Yes

$65,083.00

---

**3.82**   **Nonpriority creditor's name and mailing address**

**SG Sandblasting and Paving**

**6815 Gerda St**

_____

**Pearland**                     **TX**      **77581**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Equipment/Supplies**

**Is the claim subject to offset?**
☑ No
☐ Yes

$41,244.00

---

**3.83**   **Nonpriority creditor's name and mailing address**

**Smartsheet Inc**

**500 108th Ave NE**

**#200**

**Bellevue**                     **WA**      **98004**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Equipment/Supplies**

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,451.01

---

**3.84**   **Nonpriority creditor's name and mailing address**

**Spectrum Graphic Designs**

**5002 S Lake Houston Pkwy**

_____

**Houston**                     **TX**      **77049**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Equipment/Supplies**

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,239.15

---

Debtor   **Eagle Industrial Plant Services Corporation**      Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.85**   Nonpriority creditor's name and mailing address

Straus Systems

7 Straus Ct

Stafford                    TX      77477

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Business Equipment/Supplies

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$4,440.00**

---

**3.86**   Nonpriority creditor's name and mailing address

Sunbelt Rentals

320 Richey St

Pasadena                    TX      77506

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Business Equipment/Supplies

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$58,158.80**

---

**3.87**   Nonpriority creditor's name and mailing address

T&M Industrial Services, LLC

9225 N Hwy 146, #7

Mont Belvieu                TX      77523

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Business Equipment/Supplies

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$695,389.86**

---

**3.88**   Nonpriority creditor's name and mailing address

Terminix Commercial

5708 Hardy St

Houston                     TX      77009

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Business Equipment/Supplies

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$521.51**

---

Debtor **Eagle Industrial Plant Services Corporation**          Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.89** **Nonpriority creditor's name and mailing address**

Texas Mutual

2200 Aldrich St

Austin                    TX      78723

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Business Insurance

Is the claim subject to offset?
☑ No
☐ Yes

$20,000.00

**3.90** **Nonpriority creditor's name and mailing address**

Tier 1 Integrity

PO Box 4590

Pasadena                  TX      77502

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Business Equipment/Supplies

Is the claim subject to offset?
☑ No
☐ Yes

$19,798.00

**3.91** **Nonpriority creditor's name and mailing address**

TNT Crane & Rigging Inc

925 S Loop W

Houston                   TX      77054

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Business Equipment/Supplies

Is the claim subject to offset?
☑ No
☐ Yes

$46,775.36

**3.92** **Nonpriority creditor's name and mailing address**

TPC Industrial LLC

10607 Langston Dr

Mont Belvieu              TX      77580

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Business Equipment/Supplies

Is the claim subject to offset?
☑ No
☐ Yes

$219,060.90

Debtor   **Eagle Industrial Plant Services Corporation**          Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.93** Nonpriority creditor's name and mailing address

**United Rentals Northamerican**

**1718 W 13th St**

_____

**Deer Park**                    **TX**      **77536**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Equipment/Supplies**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$27,020.03

---

**3.94** Nonpriority creditor's name and mailing address

**US Metals Inc**

**19102 Gundle Rd**

_____

**Houston**                    **TX**      **77073**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Equipment/Supplies**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$325,157.60

---

**3.95** Nonpriority creditor's name and mailing address

**Valdez, Maria Teresa Silva**

**Valle Nacional**

**1065 Valle Dr Chapultepec**

**Monterrey, NL**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Equity Investment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$200,000.00

---

**3.96** Nonpriority creditor's name and mailing address

**Valu Industrial**

**ERS LLC**

**6914 East Fwy**

_____

**Baytown**                    **TX**      **77521**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Equipment/Supplies**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$7,127.34

---

Debtor   **Eagle Industrial Plant Services Corporation**          Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.97 | Nonpriority creditor's name and mailing address | | $25,000.00 |
|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**Velasquez, Martin**

**1616 CR 239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Wharton                 TX      77488          **Equipment Financing**

Date or dates debt was incurred  _____

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | | $4,862.50 |
|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**Velazquez Construction Solutions LLC**

**1616 Co Rd 239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Wharton                 TX      77488          **Business Equipment/Supplies**

Date or dates debt was incurred  _____

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | | $5,119.44 |
|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**Verizon**

**1095 Avenue of the Americas**

**Midtown Manhattan**

**New York, NY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Business Utility**

Date or dates debt was incurred  _____

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | | $25,360.00 |
|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**Vince Delivery Inc**

**14116 Luthe Rd**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Houston                 TX      77039          **Business Equipment/Supplies**

Date or dates debt was incurred  _____

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

---

Debtor __**Eagle Industrial Plant Services Corporation**__   Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          **Amount of claim**

| **3.101** | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

$924.77

__**Waste Management**__

__**PO Boox 6630345**__

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

**Basis for the claim:**

__**Dallas**__               **TX**    __**75266**__        __**Business Equipment/Supplies**__

**Date or dates debt was incurred**     _____

**Is the claim subject to offset?**

**Last 4 digits of account number**    __ __ __ __

☑ No
☐ Yes

| **3.102** | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

$46,940.00

__**Welder Testing Inc**__

__**502 W 13th St Ste A**__

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

**Basis for the claim:**

__**Deer Park**__            **TX**    __**77536**__        __**Business Equipment/Supplies**__

**Date or dates debt was incurred**     _____

**Is the claim subject to offset?**

**Last 4 digits of account number**    __ __ __ __

☑ No
☐ Yes

Debtor   __**Eagle Industrial Plant Services Corporation**__        Case number (if known) _____

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.1   **Axios Industrial Maintenance**
      **PO Box 4985**
      **Dept 35**

      **Houston          TX     77210**

Line   __**3.11**__

☐  Not listed.  Explain:

__ __ __ __

4.2   **Axis Industrial Holdings**
      **PO Box 122390**
      **Dept 2390**

      **Dallas          TX     75312**

Line   __**3.12**__

☐  Not listed.  Explain:

__ __ __ __

4.3   **Baker Bloomberg & Assoc**
      **20501 Katy Freeway Ste 2212**
      **Houston, TX  77450**
      **Attn:  James Stevens**

Line   __**3.16**__

☐  Not listed.  Explain:

__ __ __ __

4.4   **IRS**
      **P.O. Box 7346**

      **Philadelphia          PA     19101**

Line   __**2.6**__

☐  Not listed.  Explain:

__ __ __ __

4.5   **Roman Law Firm**
      **Stephanie A Roman**
      **4141 Southwest Freeway #250**

      **Houston          TX     77027**

Line   __**3.45**__

☐  Not listed.  Explain:

__ __ __ __

4.6   **Styrolution America LLC**
      **4245 Meridian Pkwy Ste 151**

      **Aurora          IL     60504**

      **Mustang Rental Services - potential MM Lien**

Line   __**3.60**__

☐  Not listed.  Explain:

__ __ __ __

Debtor __**Eagle Industrial Plant Services Corporation**__          Case number (if known) _____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.7** __The Leviton Law Firm Ltd__ <br> __Don A Leviton__ <br> __One Pierce Place Ste 725W__ <br> __Itasca          IL      60143__ | Line __3.30__ <br> ☐ Not listed.  Explain: | __ __ __ __ |
| **4.8** __Verizon Wireless Bankruptcy Administrati__ <br> __500 Technology Drive__ <br> __Suite 550__ <br> __Weldon Spring      MO    63304__ | Line __3.99__ <br> ☐ Not listed.  Explain: | __ __ __ __ |
| **4.9** __Wiiggin and Dana__ <br> __William A Perrone__ <br> __PO Box 100711__ <br> __Atlanta        GA    30384-0711__ | Line __3.93__ <br> ☐ Not listed.  Explain: | __ __ __ __ |

Debtor **Eagle Industrial Plant Services Corporation**          Case number (if known) _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5.    **Add the amounts of priority and nonpriority unsecured claims.**

                                                                              **Total of claim amounts**

5a.   **Total claims from Part 1**                               5a.          **$210,994.32**

5b.   **Total claims from Part 2**                               5b. **+**    **$6,873,228.48**

5c.   **Total of Parts 1 and 2**                                 5c.          **$7,084,222.80**
      Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name **Eagle Industrial Plant Services Corporation**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known) _____   Chapter **7**

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases
**12/15**

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

☐ No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☑ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.  **List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | **Lease for 7003 Hwy 225, Unit C Deer Park, TX  77536 Contract to be REJECTED** | **RBD Development** |
|---|---|---|---|
| | | | **11643 Wallisville Rd, Ste A** |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | **Houston**        **TX**        **77013** |

**Fill in this information to identify the case:**

Debtor name **Eagle Industrial Plant Services Corporation**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1:  Codebtor | | Column 2:  Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| **2.1** **Jorge and Rosalinda Ramirez** | **105 Crestway Dr., #102** <br> Number    Street <br><br> **Baytown**        **TX**  **77536** <br> City                   State   ZIP Code | **CIG Financial** | ☑ D <br> ☐ E/F <br> ☐ G |
| **2.2** **Jorge and Rosalinda Ramirez** | **105 Crestway Dr., #102** <br> Number    Street <br><br> **Baytown**        **TX**  **77536** <br> City                   State   ZIP Code | **1st Service Credit Union** | ☑ D <br> ☐ E/F <br> ☐ G |
| **2.3** **Jorge Ramirez** | **105 Crestway Dr. #102** <br> Number    Street <br><br> **Baytown**        **TX**  **77536** <br> City                   State   ZIP Code | **Kapitus LLC** | ☑ D <br> ☐ E/F <br> ☐ G |
| **2.4** **Jorge Ramirez** | **105 Crestway Dr. #102** <br> Number    Street <br><br> **Baytown**        **TX**  **77536** <br> City                   State   ZIP Code | **Meged Funding Group** | ☑ D <br> ☐ E/F <br> ☐ G |

Debtor   **Eagle Industrial Plant Services Corporation**                    Case number (if known) _____

| | |
|---|---|

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
|---|---|---|---|

| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
|---|---|---|---|---|
| **2.5** | **Jorge Ramirez** | **105 Crestway Dr. #102**<br>Number    Street<br><br>**Baytown**       **TX**   **77536**<br>City                State   ZIP Code | **Millstone Funding Inc** | ☑ D<br>☐ E/F<br>☐ G |
| **2.6** | **Jorge Ramirez** | **105 Crestway Dr. #102**<br>Number    Street<br><br>**Baytown**       **TX**   **77536**<br>City                State   ZIP Code | **Wynwood Capital Group** | ☑ D<br>☐ E/F<br>☐ G |
| **2.7** | **Jorge Ramirez** | **105 Crestway Dr. #102**<br>Number    Street<br><br>**Baytown**       **TX**   **77536**<br>City                State   ZIP Code | **G and G Funding Group LLC** | ☑ D<br>☐ E/F<br>☐ G |
| **2.8** | **Jorge Ramirez** | **105 Crestway Dr. #102**<br>Number    Street<br><br>**Baytown**       **TX**   **77536**<br>City                State   ZIP Code | **Cucumber Capital LLC** | ☑ D<br>☐ E/F<br>☐ G |
| **2.9** | **Jorge Ramirez** | **105 Crestway Dr. #102**<br>Number    Street<br><br>**Baytown**       **TX**   **77536**<br>City                State   ZIP Code | **Amerisource Funding Inc** | ☑ D<br>☐ E/F<br>☐ G |
| **2.10** | **Jorge Ramirez Jr** | **2207 Goldenrod St**<br>Number    Street<br><br>**Highlands**      **TX**   **77562**<br>City                State   ZIP Code | **First Citizens Bank** | ☑ D<br>☐ E/F<br>☐ G |
| **2.11** | **Jorge Ramirez Jr** | **2207 Goldenrod St**<br>Number    Street<br><br>**Highlands**      **TX**   **77562**<br>City                State   ZIP Code | **First Citizens Bank** | ☑ D<br>☐ E/F<br>☐ G |

Debtor    **Eagle Industrial Plant Services Corporation**                    Case number (if known) _____

| | **Additional Page if Debtor Has More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1:  **Codebtor** | Column 2:  **Creditor** |

| | | | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.12  Jorge Ramirez Jr** | **2207 Goldenrod St**<br>Number      Street | **First Citizens Bank** | ☑ D<br>☐ E/F<br>☐ G |
| | **Highlands**        **TX**   **77562**<br>City                         State   ZIP Code | | |
| **2.13  Jorge Ramirez Jr** | **2207 Goldenrod St**<br>Number      Street | **First Citizens Bank** | ☑ D<br>☐ E/F<br>☐ G |
| | **Highlands**        **TX**   **77562**<br>City                         State   ZIP Code | | |
| **2.14  Roberto Alvarado** | **19822 Oak Briar Drive**<br>Number      Street | **Amerisource Funding Inc** | ☑ D<br>☐ E/F<br>☐ G |
| | **Humble**           **TX**   **77346**<br>City                         State   ZIP Code | | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor Name **Eagle Industrial Plant Services Corporation**

United States Bankruptcy Court for the:   **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals          12/15

## Part 1:   Summary of Assets

1.   *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

   1a.  **Real property:**
Copy line 88 from Schedule A/B.................................................................................... | **$0.00**

   1b.  **Total personal property:**
Copy line 91A from Schedule A/B................................................................................. | **$455,849.66**

   1c.  **Total of all property**
Copy line 92 from Schedule A/B..................................................................................... | **$455,849.66**

## Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................................... | **$1,168,515.23**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a.  **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of Schedule E/F.................................. | **$210,994.32**

   3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................................ | **+  $6,873,228.48**

4.   **Total liabilities**
Lines 2 + 3a + 3b................................................................................................................. | **$8,252,738.03**

**Fill in this information to identify the case and this filing:**

Debtor Name   **Eagle Industrial Plant Services Corporation**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **02/26/2024**          X **/s/ Jorge Ramirez** _____
MM / DD / YYYY                         Signature of individual signing on behalf of debtor

                                       **Jorge Ramirez**
                                       Printed name
                                       **Manager**
                                       Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: __Eagle Industrial Plant Services Corporation__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

**1.   Gross revenue from business**

☐ None

Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year

Sources of revenue
Check all that apply.

Gross revenue
(before deductions and exclusions

| | | | | Sources of revenue | Gross revenue |
|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From __01/01/2024__ <br> MM / DD / YYYY | to | Filing date | ☑ Operating a business <br> ☐ Other _____ | **$56,027.59** |
| For prior year: | From __01/01/2023__ <br> MM / DD / YYYY | to | __12/31/2023__ <br> MM / DD / YYYY | ☑ Operating a business <br> ☐ Other _____ | **$11,474,952.47** |
| For the year before that: | From __01/01/2022__ <br> MM / DD / YYYY | to | __12/31/2022__ <br> MM / DD / YYYY | ☑ Operating a business <br> ☐ Other _____ | **$9,232,212.99** |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

**3.   Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer <br> *Check all that apply* |
|---|---|---|---|
| 3.1.   **See Attached EX Payment within 90 Days** <br> Creditor's name <br><br> Street <br><br><br> City                    State    ZIP Code | 11/1/23 - 2/20/24 | _____ | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

Debtor   **Eagle Industrial Plant Services Corporation**                          Case number (if known) _____
_____
Name

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575.  (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☑ None

**5.   Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☐ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | **RBD Development** <br> Creditor's name <br> **11643 Wallisville Rd, Ste A** <br> Street <br><br> **Houston        TX    77013** <br> City          State   ZIP Code | **Landlord siezed buildings and all assets except two trucks and computers.** | **2-2024** | **$500,000.00** |
| 5.2. | **JP Morgan Chase** <br> Creditor's name <br><br> Street <br><br> City          State   ZIP Code | **All JP Morgan Bank Accounts Frozen** | **2024** | |
| 5.3. | **Victor Gonzales** <br> Creditor's name <br><br> Street <br><br> City          State   ZIP Code | **Potentially removed trailer from job site.** | | |

**6.   Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

Debtor **Eagle Industrial Plant Services Corporation**          Case number (if known) _____
          Name

| Part 3: | Legal Actions or Assignments |
|---|---|

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor
    was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Cucumber Capital LLC v Jorge Alejandro Ramirez et al | Collection - Ex-Parte Prejudgment Remedy | Superior Ct, JD of Fairfield at Stamford<br>Name<br>_____<br>Street<br>_____<br>CT<br>City          State   ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>_____ | | | |
| 7.2. | G and G Funding v Eagle Industrial and Jorge Ramirez | Collection | Ontario County Supreme Court<br>Name<br>_____<br>Street<br>_____<br>NY<br>City          State   ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>138080-2024 | | | |
| 7.3. | Meged Funding Grp Corp v Eagle Industrial et al | Collection | Supreme Ct State of NY - County of Na<br>Name<br>_____<br>Street<br>_____<br>City          State   ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>602275/2024 | | | |
| 7.4. | Wynwood Capital Grp v Eagle Industrial et al | Collection | Supreme Ct of State of NY County of K<br>Name<br>_____<br>Street<br>_____<br>City          State   ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>503807/2024 | | | |

Debtor  **Eagle Industrial Plant Services Corporation**          Case number (if known) _____
         Name

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Part 5: | Certain Losses |
|---|---|

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Part 6: | Certain Payments or Transfers |
|---|---|

**11.  Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Waldron & Schneider, PLLC** | | | **$3,838.00** |

**Address**

_____
Street

_____

_____
City                        State    ZIP Code

**Email or website address**

_____

**Who made the payment, if not debtor?**

_____

**12.  Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

Debtor   **Eagle Industrial Plant Services Corporation**                    Case number (if known) _____
              Name

**13.  Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑  None

| Part 7: | Previous Locations |
|---------|--------------------|

**14.  Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑  Does not apply

| Part 8: | Health Care Bankruptcies |
|---------|--------------------------|

**15.  Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑  No.  Go to Part 9.
☐  Yes.  Fill in the information below.

| Part 9: | Personally Identifiable Information |
|---------|-------------------------------------|

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑  No.
☐  Yes.  State the nature of the information collected and retained _____

Does the debtor have a privacy policy about that information?
☐  No.
☐  Yes.

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑  No.  Go to Part 10.
☐  Yes.  Does the debtor serve as plan administrator?
          ☐  No.  Go to Part 10.
          ☐  Yes.  Fill in below:

Debtor    **Eagle Industrial Plant Services Corporation**                    Case number (if known) _____
_____
Name

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| **Financial institution name and address** | **Last 4 digits of account number** | **Type of account** | **Date account was closed, sold, moved, or transferred** | **Last balance before closing or transfer** |
|---|---|---|---|---|

18.1. **JP Morgan Chase** _____
Name

XXXX- **u** __ **n** __ **t** __ **s**

☑ Checking      _____      _____
_____
Street

☑ Savings
☐ Money market
_____

☐ Brokerage
☐ Other _____
_____
City            State   ZIP Code

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

---

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

Debtor    **Eagle Industrial Plant Services Corporation**_____    Case number (if known) _____
          Name

## Part 12:    Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
     Include settlements and orders.

     ☑ No
     ☐ Yes.  Provide details below.

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

     ☑ No
     ☐ Yes.  Provide details below.

24.  **Has the debtor notified any govermental unit of any release of hazardous material?**

     ☑ No
     ☐ Yes.  Provide details below.

## Part 13:    Details About the Debtor's Business or Connections to Any Business

25.  **Other businesses in which the debtor has or has had an interest**
     List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

     ☑ None

26.  **Books, records, and financial statements**

     26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

           ☐ None

| | Name and address | | | Dates of service | |
|---|---|---|---|---|---|
| 26a.1. | **Samantha Ramirez** | | | From  **2021** | To  **current** |
| | Name | | | | |
| | **Patrick Cooper & Assciates** | | | | |
| | Street | | | | |
| | **7930 Broadway, Ste 108** | | | | |
| | **Pearland** | **TX** | **77581** | | |
| | City | State | ZIP Code | | |

Debtor   **Eagle Industrial Plant Services Corporation**            Case number (if known) _____
_____
Name

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.

☐ Yes.  Give the details about the two most recent inventories.

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **Jorge Ramirez** | | **President** | |
| **Robert Alvardo** | | **Vice President** | |
| **Jorge Ramirez Jr** | | **Secretary/Treasurer** | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes.  Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.1. | **Jorge Ramirez Jr**<br>Name<br><br>Street<br><br>City          State   ZIP Code | **Reinbursements, distributions, wages**<br>**$100,187.53** | 1/1/23 - 2/20/24 | |

**Relationship to debtor**

_____

Debtor   **Eagle Industrial Plant Services Corporation**　　　　Case number (if known) _____
　　　　　Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.2.　**Jorge Ramirez Sr**　　　　　　**Reinbursements, distributions,**　1/1/23 -
　　　　Name　　　　　　　　　　　　**wages**　　　　　　　　　　　2/20/24
　　　　　　　　　　　　　　　　　　**$111,487.79**
　　　　Street

　　　　City　　　　　State　ZIP Code

**Relationship to debtor**

_____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.3.　**Robert Alvarado**　　　　　**Reinbursements, distributions,**　1/1/23 -
　　　　Name　　　　　　　　　　　　**wages**　　　　　　　　　　　2/20/24
　　　　　　　　　　　　　　　　　　**$15,936.14**
　　　　Street

　　　　City　　　　　State　ZIP Code

**Relationship to debtor**

_____

**31.   Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes.  Identify below.

**32.   Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes.  Identify below.

**Part 14:   Signature and Declaration**

**WARNING --**Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **02/26/2024**
　　　　　　MM / DD / YYYY


**X** **/s/ Jorge Ramirez**　　　　　　　　　　　　Printed name   **Jorge Ramirez**
　　Signature of individual signing on behalf of the debtor

　　Position or relationship to debtor  **Manager**


**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

In re  **Eagle Industrial Plant Services Corporation**          Case No. _____

Chapter   **7**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept.................................................Fixed Fee:     __**$3,838.00**__

Prior to the filing of this statement I have received.......................................................     __**$3,838.00**__

Balance Due.................................................................................................................     __**$0.00**__

2. The source of the compensation paid to me was:
   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor          ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **02/26/2024** | **/s/ Kimberly A. Bartley** | |
| --- | --- | --- |
| *Date* | *Kimberly A. Bartley* | Bar No.  24032114 |
| | Waldron & Schneider, l.l.P. | |
| | 15150 Middlebrook Drive | |
| | Houston, TX 77058 | |
| | Phone: (281) 488-4438 / Fax: (281) 488-4597 | |

---

**/s/ Jorge Ramirez**

*Jorge Ramirez*
*Manager*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

IN RE:   **Eagle Industrial Plant Services Corporation**                    CASE NO

                                                                            CHAPTER   **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  2/26/2024                                    Signature   **/s/ Jorge Ramirez**
                                                                *Jorge Ramirez*
                                                                *Manager*

Date _____          Signature _____

1st Service Credit Union
8980 Clearwood Dr.
Houston, TX  77075


4 Horn Industrial
909 S 14th St
La Porte, TX  775711


Able Tool & Rental
1590 Sam Houston Pkwy W
Houston, TX  77047


Agwu, Ikechukwu Ukakwu
20522 Ginnydale Dr.
Cypress, TX  77433


Ainsworth Gorkin PLLC
Yeshaya Gorkin, Esq
PO Box 605
New York, NY  10038


Airgas USA LLC
5310 Railroad St
Deer Park, TX  77536


Alliance Health Resources
Mobile Division
2910 Center St
Deer Park, TX  77536


Allied Industrial Sales, Inc
3003 Pasadena Fwy Ste 100
Pasadena, TX  77503


Ambit Energy
1801 N Lamar St, Ste 200
Dallas, TX  75202

```
Amerisource Funding Inc
7225 Langtry St, #100
Houston, TX  77040


Apache Industrial Services, Inc
250 Assay St, Ste 500
Houston, TX  77044


Arc-San Engraving LLC
31214 Birch Mills Dr.
Hockley, TX  77447


Avetta LLC
1330 Post Oak
Houston, TX  77056


Axios Industrial Maintenance
2910 East P St
Deer Park, TX  77536


Axios Industrial Maintenance
PO Box 4985
Dept 35
Houston, TX  77210


Axis Industrial Holdings
4484 Genoa Red Blvd Rd
Bldg A
Pasadena, TX  77505


Axis Industrial Holdings
PO Box 122390
Dept 2390
Dallas, TX  75312


Baker Bloomberg & Assoc
20501 Katy Freeway Ste 2212
Houston, TX  77450
Attn:  James Stevens
```

Battleground Water
11643 A Wallisville Rd
Houston, TX  77013


BJ Portacan LLC
408 Vann Rd
Highlands, TX  77562


BobTack LLC
7713 Channelview Dr.
Galveston, TX  77554


Brock Custom Blast Services
2550 Genoa Red Bluff Rd
Houston, TX  77034


Cardenas, Erick A
1312 Jefferson St
Baytown, TX  77520


Chase
PO Box 6294
Carol Stream, IL  60197-6294


CIG Financial
6 Executive Circle
Irvine, CA  92614


Cima Services LP
3334 Strawberry Rd
Pasadena, TX  77504


Clean Coast Supply LLC
1041 Thomas Ave
Pasadena, TX  77506

Coastal Welding Supply Inc
1205 W Main St
Baytown, TX  77520


Comcast Business
8590 W Tidwell
Houston, TX  77040


Countless Supply LLC
1250 Clay Ct, Ste 200
Deer Park, TX  77536


Coverall North America
6961 Brookhollow W Dr., #130
Houston, TX  77040


Cucumber Capital LLC
c/o John Szalan Esq
Neubert Pepe & Monteith PC
195 Church St, 13th Fl
New Haven, CT  06510

Culligan of Houston
5450 Guhn Rd
Houston, TX  77040


David Fogel
David Fogel PC
1225 Franklin Ave, Ste 201
Garden City, NY  11530


De La Pena, Rodolfo
4331 Mize Rd
Pasadena, TX  77504


De Llange Landen Financial Services, In
5000 Johnston Dr
Johnston, IA  50131

Deer Park Rentals
1904 Center St
Deer Park, TX  77536


Dex Imaging LLC
104 Lockhaven Dr
Houston, TX  77073


Disa Global Solutions Inc
11740 Katy Fwy Ste 900
Houston, TX  77079


Energy Valve & Supply Compnay LLC
8201 N Loop E Fwy #400
Houston, TX  77029


Epic Tool & Rental
3802 Underwood Rd
LaPorte, TX  77536


Equipment Share
5826 Red Bluff Rd
Pasadena, TX   77505


Everitt Industrial Supply Inc
523 Crockett St
Channelview, TX  77530


First Citizens Bank
PO Box 856502
Minneapolis, MN  55485-6502


Fox Capital Group/Fox Business Funding
803 S 21st Ave
Hollywood, FL  33020

G and G Funding Group LLC
57 West 57th St
4th Fl
New York, NY   10019


Gallardo, Jose M
1605 N 5th St
Baytown, TX   77520


Gonzalez, Eduardo & Gloria
5254 Los Arboles Ave
Brownsville, TX


Gonzalez, Fidel Mario Jr.
3422 Hunters Canyon Rd
Baytown, TX   77521


Gonzalez, Fidel Mario Sr
20 Gresham St
Baytown, TX   77520


Gonzalez, Osmar
619 Shadylawn St
La Porte, TX   77571


Grainger
1251 Hall Ct
Deer Park, TX   77536


Guerra, Jesus


Gulf Coast Gas & Equipment
11924 N Houston Rosslyn Rd
Houston, TX   77086

H-Town Oxygen Company
2126 Firnat St
Houston, TX  77093


Harris County Tax Assessor
Ann Bennett
7300 N Shepherd Dr.
Houston, TX  77091


Health and Safety Council
7720 Spencer Hwy
Pasadena, TX  77505


Herebia, Julian Jr
9390 US Military Hwy 281
Brownsville, TX  78520


Herevia, Julina Sr
9390 US Military Hwy 281
Brownsville, TX  78520


Honey Bucket
2017 Airport Rd, Unit A
Conroe, TX  77301


Houston Inspection Services
14547 East Freeway
Houston, TX  77015


Huff, Colin
147 Brazos Dr.
Baytown,TX  77523


Hytorc of Texas
12420 Texaco Rd
Houston, TX  77013

Imperium Projects LLC
PO Box 8755
Pearland, TX  77588


Industrial Performance Services
1238 Center St
Deer Park, TX  77536


INSURICA
19450 Tomball Pkwy
550 Texas 249 Access Rd
Houston, TX  77070


IRS
Stop 5022 HOU
1919 Smith Street
Houston, TX  77002


IRS
P.O. Box 7346
Philadelphia, PA  19101


IT Protects, LLC
133 N Friendswood Dr.
Friendswood, TX  77546


Johnny's Gauge & Meter Repairs
718 Dunwoody Dr
Houston, TX  77076


Jorge and Rosalinda Ramirez
105 Crestway Dr., #102
Baytown, TX  77536


Jorge Ramirez
105 Crestway Dr. #102
Baytown,TX  77536

Jorge Ramirez Jr
2207 Goldenrod St
Highlands, TX  77562


Kapitus LLC
2500 Wilson Blvd #350
Arlington, VA  22201


LaBove, Charlne
161 CR 6769
Dayton, TX  77535


Law Offices Of Isaac H. Greenfield PLLC
2 Executive Boulevard, Suite 305
Suffern, New York 10901


Linde Gas & Equipment Inc
Dept 0812
PO Box 120812
Dallas, TX  75312


Lockwood Partners LLC
1321 E Pasadena Fwy Ste 1000
Pasadena, TX  77506


Matagorda Oilfield Speciality Inc
3586 FM 2668
Bay City, TX  77414


Meged Funding Group
1 Princeton Ave
Brick, NJ  08724


Millstone Funding Inc
80G Montuk Hwy, Ste 2
Amity Harbor, NY  11701

```
Monsevais, Enrique
1107 East Lee
Kingsville, TX  78363


Montemayor, Genaro
816 Mississippi St
S Houston, TX  77587


Montoya, Raul Jr
1011 Becker St Trl 7
Channelview, TX  77530


Mpact Tool & Rental
171 Walter St
Pasadena, TX  77506


Mustang Rental Services
2910 Pasadena Fwy
Pasadena, TX  77503


Occucare International
31 San Augustine Ave #4027
Deer Park, TX  77536


Omni Fire & Security
600 Kenrick Dr A 1
Houston, TX  77060


Pac Fas
1509 Alabama St
S Houston, TX  77587


Partner Industriial Coatings
5717 FM 3180 Rd
Baytown, TX  77523
```

Penn Toool
16920 N Texas Ave #D1
Webster, TX  77598


Pineda, Mikayla
7811 S Chapa Rd
Mercedes, TX  78570


Pineda, Ruben Jacob
1101 Gregory St, Apt 6
Taft, TX  78390


Prime Inspections Inc
1621 Prime West Pkwy
Katy, TX  77449


PROtect LLC
4682 S Sam Houston Pkwy E
Houston, TX  77048


Q-bits Communications, Inc.
2206 Munger St
Houston, TX  77023


Ramirez, Rosalinda
102 Crestway Dr.
Baytown, TX  77520


RBD Development
11643 Wallisville Rd, Ste A
Houston, TX  77013


RCI Consultant Group
Maverick Welder & Materials
5218 Spencer Hwy
Pasadena, TX  77505

Reycon Paving Services
16017 Market St
Channelview, TX  77530


Rio Plex Safety Council
110 S Col Rowe Blvd
McAllen, TX  78501


Ritz Safety
1455 E Sam Houston Pkwy S
Ste 110
Pasadena, TX  77503


Roberto Alvarado
19822 Oak Briar Drive
Humble, TX  77346


Roman Law Firm
Stephanie A Roman
4141 Southwest Freeway #250
Houston, TX  77027


Rosenbaum, Jose A
3409 Woodcrest Dr
Baytown, TX  77521


Salazar, Baudelio Jr.
5939 Kissing Oak St
San Antonio, TX  78247


Salinas, Gonzalo
3818 Water Canyon Rd
Baytown, TX  77521


Samba Safety
Dept LA 24536
Pasadena, CA  91185

Sanchez, Daniel
4821 Meadow Park
Houston, tX  77048


Select Safety Services
6630 Specer Hwy
Pasadena, TX  77505


Senex Welding & Fabrication LLC
2802 San Augustine Ave
Pasadena, TX  77503


SG Sandblasting and Paving
6815 Gerda St
Pearland, TX  77581


Smartsheet Inc
500 108th Ave NE
#200
Bellevue, WA  98004


Spectrum Graphic Designs
5002 S Lake Houston Pkwy
Houston, TX  77049


Straus Systems
7 Straus Ct
Stafford, TX  77477


Styrolution America LLC
4245 Meridian Pkwy Ste 151
Aurora, IL  60504


Sunbelt Rentals
320 Richey St
Pasadena, TX  77506

T&M Industrial Services, LLC
9225 N Hwy 146, #7
Mont Belvieu, TX  77523


Terminix Commercial
5708 Hardy St
Houston, TX  77009


Texas Mutual
2200 Aldrich St
Austin, TX  78723


The Leviton Law Firm Ltd
Don A Leviton
One Pierce Place Ste 725W
Itasca, IL  60143


Tier 1 Integrity
PO Box 4590
Pasadena, TX  77502


TNT Crane & Rigging Inc
925 S Loop W
Houston, TX  77054


TPC Industrial LLC
10607 Langston Dr
Mont Belvieu, TX  77580


United Rentals Northamerican
1718 W 13th St
Deer Park, TX  77536


US Metals Inc
19102 Gundle Rd
Houston, TX  77073

```
Valdez, Maria Teresa Silva
Valle Nacional
1065 Valle Dr Chapultepec
Monterrey, NL


Valu Industrial
ERS LLC
6914 East Fwy
Baytown, TX  77521


Velasquez, Martin
1616 CR 239
Wharton, TX  77488



Velazquez Construction Solutions LLC
1616 Co Rd 239
Wharton, TX  77488



Verizon
1095 Avenue of the Americas
Midtown Manhattan
New York, NY


Verizon Wireless Bankruptcy Administrati
500 Technology Drive
Suite 550
Weldon Spring, MO 63304


Vince Delivery Inc
14116 Luthe Rd
Houston, TX  77039



Waste Management
PO Boox 6630345
Dallas, TX  75266



Welder Testing Inc
502 W 13th St Ste A
Deer Park, TX  77536
```

```
Wiiggin and Dana
William A Perrone
PO Box 100711
Atlanta, GA  30384-0711


Wynwood Capital Group
20200 W Dixie Highway
Miami, FL  33180
```